FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON KAPP,<br><br>        Plaintiff,<br><br>   v.<br><br>JENNIFER MCDANIEL, Public Records Program Manager, Washington State Department of Veterans Affairs,<br><br>        Defendant. | No. 1:25-CV-03109-SAB<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS, WITH LEAVE TO RENEW** |

Before the Court is Defendant's Motion to Dismiss for Failure to State a Claim, ECF No. 11. Plaintiff is proceeding *pro se* and *in forma pauperis*. Defendant is represented by Brian Baker. The motion was considered without oral argument.

In its previous Order, ECF No. 9, the Court dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) but granted Plaintiff the opportunity to amend. As such, Defendant's Motion to Dismiss is moot.

//

//

//

//

//

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS, WITH LEAVE TO RENEW** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss for Failure to State a Claim, ECF No. 11, is **DENIED with leave to renew** should Plaintiff file an amended complaint.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide a copy to *pro se* Plaintiff and counsel.

**DATED** this 14th day of August 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS, WITH LEAVE TO RENEW ~ 2**